AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

**FILED**
MAR 3 0 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )

Case No. 4:18 MJ 6142 PLC

the premises of 242 Gladys, Hazelwood, Missouri, 63042, within the Eastern District of Missouri, is a single-family residence, single story house, grey in color with brick and white siding, concrete steps lead to a small front porch, a 1 car garage located under main living area and the numerals "242" are clearly visible to the right of the front door.
SEE ATTACHMENT A

## SEARCH AND SEIZURE WARRANT

To:       Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____EASTERN____ District of ____MISSOURI____
*(identify the person or describe the property to be searched and give its location)*:

the premises of 242 Gladys, Hazelwood, Missouri, 63042, is a single-family residence, single story house, grey in color with brick and white siding, concrete steps lead to a small front porch, a 1 car garage located under main living area and the numerals "242" are clearly visible to the right of the front door.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

All firearm(s), illegal controlled substances, mobile phones, U.S. currency, drug trafficking documentation, documentation of residency, and indicia of control over the premises - SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before ____April 13, 2018____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable Patricia L. Cohen, U.S. Magistrate Judge____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    3-30-18   3:47 P.M.        _____[signature]_____
                                                                  *Judge's signature*

City and state:      St. Louis, MO                      Honorable Patricia L. Cohen, U.S. Magistrate Judge
                                                                  *Printed name and title*

## ATTACHMENT A



**SUBJECT LOCATION – 242 Gladys, Hazelwood, Missouri 63042**

## ATTACHMENT B

1. Methamphetamine and other controlled substances;

2. Paraphernalia for packaging, cutting, weighing and distributing controlled substances, including, but not limited to, scales, baggies and spoons;

3. Books, records, receipts, notes, ledgers, computer hard-drives and disk records, and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances and/or firearms;

4. Telephone bills, invoices, packaging, cellular batteries and/or charging devices, cancelled checks or receipts for telephone purchase/service; cellular and/or landline telephones; digital and/or alphanumeric text (two-way) pagers; computers capable of e-mail and/or chat-room communication, answering machines; address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of sources of supply, of customers, and/or evidencing association with persons known to traffic in controlled substances or to facilitate such trafficking;

5. Photographs, in particular photographs of co-conspirators, of assets, and/or of controlled substances;

6. United States Currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, papers, titles, deeds and other documents reflecting ownership of vehicles and property utilized in the distribution of controlled substances or which are proceeds from the distribution of controlled substances;

7. Books, records, receipts, pay stubs, employment records, bank statements and records, money drafts, letters of credit, money order and cashier's checks receipts, passbooks, bank checks and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

8. Papers, tickets, notes, schedules, receipts and other items relating to travel, including, but not limited to, travel to and from St. Louis, Missouri and elsewhere;

9. Indicia of occupancy, residency, rental and/or ownership of the vehicles and/or premises described above, including, but not limited to, utility and telephone bills, cancelled envelopes, rental or lease agreements and keys;

10. Firearms and/or weapons and ammunition.

11. Security systems, cameras, cables, recording devices, monitors, cellular telephones and other video surveillance equipment.